No. 77–578. BRIGGS *v.* NORTH CAROLINA. Appeal from C. A. 4th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ▮▮▮▮▮▮▮▮

No. 77–5329. STANDOW *v.* CITY OF SPOKANE. Appeal from Sup. Ct. Wash. dismissed for want of substantial federal question. ▮▮▮▮▮▮▮▮